IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD R. WEIKEL, JR., Plaintiff, | : : : | CIVIL ACTION |
| vs. | : : | NO. 12-cv-4637 |
| MICHAEL J. ASTRUE, Defendant. | : : : | |

FILED
DEC 16 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this _16_ day of _Dec._, 2013, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and no objection, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED; and

3. Judgment is entered in this matter in favor of DEFENDANT.

BY THE COURT:

_____
WILLIAM H. YOHN, JR.,